IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR AMRAMSKY and ALLA ABRAMSKY | : : : | CIVIL ACTION |
| v. | : : | |
| INGA ZMIRLI and VOLODYMYR LISOVYY | : : | NO. 12-6382 |

## ORDER

**AND NOW**, this 31st day of January, 2013, upon consideration of "Golden Age Home Care Inc.'s Joint Motion to Intervene" (Docket No. 7), and all documents filed in connection therewith, and in for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Golden Age Home Care, Inc.'s ("Golden Age") Motion to Intervene is **DISMISSED** insofar as it seeks intervention pursuant to Federal Rule of Civil Procedure 24.

2. The Motion to Intervene is **GRANTED** insofar as it seeks joinder of Golden Age as a Defendant in this action pursuant to Federal Rule of Civil Procedure 19.

3. Golden Age shall retain its own counsel.

4. Plaintiffs shall file an Amended Complaint adding Golden Age as a Defendant to this action within twenty (20) days of the date of this Order.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.